**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ZACHARIA A. ALARAYSHI; LAILA K. ALARAYSHI; ARAB-AMERICAN ANTI-DISCRIMINATION COMMITTEE, *on behalf of itself and its members;* ARAB-AMERICAN CIVIL RIGHTS LEAGUE, *on behalf of itself and its members;* | Case No.: 23-cv-12599 |
| | Judge: Hon. SHALINA D. KUMAR |
| | Mag: Hon. ANTHONY P. PATTI |
| *Plaintiffs,* | |
| *v.* | |
| *United States Secretary of State,* ANTHONY BLINKEN, *in his official capacity only; United States Secreatry of Defense,* LLOYD AUSTIN, *in his official capacity only; jointly and severally,* | |
| *Defendants.* | |

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Attorney Nabih H Ayad (P59518) hereby files his appearance as counsel of record on behalf of Plaintiffs ZACHARIA A. ALARAYSHI and LAILA K. ALARAYSHI.

**1 |** P a g e

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

Respectfully submitted,

AYAD LAW, PLLC

s/*Nabih H. Ayad* (P59518)
William D. Savage (P82146)
*Attorney for Alarayshi Plaintiffs*
645 Griswold St., Ste. 2202
Detroit, MI 48226
P: 313.983.4600 | F: 313.983.4665
filing@ayadlawpllc.com

Dated: October 14, 2023

**3 |** P a g e

## CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing document and any attachments with the Clerk of Courts *via* the electronic filing system which will serve notice on all parties of record.

    Respectfully submitted,

    AYAD LAW, PLLC

    s/*Nabih H. Ayad* (P59518)
    William D. Savage (P82146)
    *Attorney for Alarayshi Plaintiffs*
    645 Griswold St., Ste. 2202
    Detroit, MI 48226
    P: 313.983.4600 | F: 313.983.4665
Dated: October 14, 2023    filing@ayadlawpllc.com