UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ZACHARIA A. ALARAYSHI; LAILA K. ALARAYSHI; ARAB-AMERICAN ANTI-DISCRIMINATION COMMITTEE, *on behalf of itself and its members;* ARAB-AMERICAN CIVIL RIGHTS LEAGUE, *on behalf of itself and its members;* <br><br> *Plaintiffs,* <br><br> *v.* <br><br> *United States Secretary of State,* ANTHONY BLINKEN, *in his official capacity only; United States Secreatry of Defense,* LLOYD AUSTIN, *in his official capacity only; jointly and severally,* <br><br> *Defendants.* | Case No.: 23-cv-12599 <br><br> Judge: Hon. SHALINA D. KUMAR <br><br> Mag: Hon. ANTHONY P. PATTI |

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Attorney William D. Savage (P82146) hereby files his appearance as counsel of record on behalf of Plaintiffs ZACHARIA A. ALARAYSHI and LAILA K. ALARAYSHI.

Respectfully submitted,

AYAD LAW, PLLC

*s/William D. Savage* (P82146)
Nabih H. Ayad (P59518)
*Attorney for Alarayshi Plaintiffs*
645 Griswold St., Ste. 2202
Detroit, MI 48226
P: 313.983.4600 | F: 313.983.4665
filing@ayadlawpllc.com

Dated: October 14, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I filed the foregoing document and any attachments with the Clerk of Courts *via* the electronic filing system which will serve notice on all parties of record.

                                                Respectfully submitted,

                                                AYAD LAW, PLLC

*s/William D. Savage* (P82146)
Nabih H. Ayad (P59518)
*Attorney for Alarayshi Plaintiffs*
645 Griswold St., Ste. 2202
Detroit, MI 48226
P: 313.983.4600 | F: 313.983.4665

Dated: October 14, 2023           filing@ayadlawpllc.com