AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ZACHARIA A. ALARAYSHI; LAILA K. ALARAYSHI; ARAB-AMERICAN ANTI-DISCRIMINATION COMMITTEE, *on behalf of itself and its members;* ARAB-AMERICAN CIVIL RIGHTS LEAGUE, *on behalf of itself and its members;* | Case No.: 23-cv-12599 |
| | Judge: Hon. SHALINA D. KUMAR |
| | Mag: Hon. ANTHONY P. PATTI |
| *Plaintiffs,* | |
| *v.* | |
| *United States Secretary of State,* ANTHONY BLINKEN, *in his official capacity only; United States Secreatry of Defense,* LLOYD AUSTIN, *in his official capacity only; jointly and severally,* | |
| *Defendants.* | |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Attorney William D. Savage (P82146) hereby files his appearance as counsel of record on behalf of Plaintiffs the ARAB-AMERICAN CIVIL RIGHTS LEAGUE.

1 | Page

**AYAD LAW, P.L.L.C.**
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

**2 |** P a g e

Respectfully submitted,

AYAD LAW, PLLC

s/*William D. Savage* (P82146)
Nabih H. Ayad (P59518)
*Attorney for Alarayshi and ACRL Plaintiffs*
645 Griswold St., Ste. 2202
Detroit, MI 48226
P: 313.983.4600 | F: 313.983.4665
filing@ayadlawpllc.com

Dated: October 14, 2023

**3 |** P a g e

## CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing document and any attachments with the Clerk of Courts *via* the electronic filing system which will serve notice on all parties of record.

|  | Respectfully submitted, |
|---|---|
|  | AYAD LAW, PLLC |
|  | s/*William D. Savage* (P82146)<br>Nabih H. Ayad (P59518)<br>*Attorney for Alarayshi and ACRL Plaintiffs*<br>645 Griswold St., Ste. 2202<br>Detroit, MI 48226<br>P: 313.983.4600 | F: 313.983.4665 |
| Dated: October 14, 2023 | filing@ayadlawpllc.com |