# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ZACHARIA A. ALARAYASHI, *et al.*    )
)
        Plaintiffs,    )
)
      v.    )    2:23-cv-12599-SDK-APP
)    Hon. Shalina D. Kumar
)    Mag. Judge Anthony P. Patti
)
ANTHONY BLINKEN, *et al.*,    )
)
        Defendants.    )
)

## NOTICE OF APPEARANCE

Please take notice that Jonathan D. Kossak, U.S. Department of Justice, Civil Division, hereby enters his appearance on behalf of the Defendants pursuant to LCvR 83.25.

Dated:  October 16, 2023    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

DIANE KELLEHER
Assistant Branch Director
Federal Programs Branch

JEAN LIN
Special Litigation Counsel

/s/ *Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC Bar No. 991478)
Dep't of Justice, Federal Programs Branch
1100 L Street, N.W., Washington, DC 20005
Tel: (202) 305-0612
Email: jonathan.kossak@usdoj.gov

Counsel for Defendants