# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ZACHARIA A. ALARAYASHI, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 2:23-cv-12599-SDK-APP |
| ) | Hon. Shalina D. Kumar |
| ) | Mag. Judge Anthony P. Patti |
| ) | |
| ANTHONY BLINKEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please take notice that JEAN LIN, U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance on behalf of all Defendants pursuant to LCvR 83.25.

Dated: October 16, 2023          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

DIANE KELLEHER
Assistant Branch Director
Federal Programs Branch

<u>*/s/ Jean Lin*</u>
JEAN LIN
Special Litigation Counsel
U.S. Dep't of Justice, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-3716
Email: jean.lin@usdoj.gov

*Counsel for Defendants*