UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ZACHARIA A. ALARAYSHI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY BLINKEN, et al.,<br>Defendants. | Case No. 23-12599<br>Honorable Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

## ORDER SETTING BRIEFING SCHEDULE

Before the Court is defendants' Motion to Dismiss Plaintiffs' Emergency First Amended Complaint for Mandamus with Request for Injunctive Relief. ECF No. 19.  A status conference was held via Zoom on October 24, 2023 and the parties agreed that the following briefing schedule will apply:

| Deadline for Defendants' Response: | NOVEMBER 6, 2023 |
|---|---|
| Deadline for Plaintiffs' Reply Brief: | NOVEMBER 13, 2023 |

**IT IS SO ORDERED**.

Dated: October 24, 2023

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge