UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| ZACHARIA A. ALARAYSHI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHONY BLINKEN, et al., <br> Defendants. | Case No. 23-12599 <br> Honorable Shalina D. Kumar <br> Magistrate Judge Anthony P. Patti |
|---|---|

## AMENDED ORDER SETTING BRIEFING SCHEDULE

Before the Court is defendants' Motion to Dismiss Plaintiffs' Emergency First Amended Complaint for Mandamus with Request for Injunctive Relief. ECF No. 19.  A status conference was held via Zoom on October 24, 2023 and the parties agreed that the following briefing schedule will apply:

| Deadline for Plaintiffs' Response: | NOVEMBER 6, 2023 |
|---|---|
| Deadline for Defendants' Reply Brief: | NOVEMBER 13, 2023 |

**IT IS SO ORDERED**.

Dated: October 25, 2023

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge