UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ZACHARIA A. ALARAYSHI; LAILA K. ALARAYSHI; ARAB-AMERICAN ANTI-DISCRIMINATION COMMITTEE *on behalf of itself and its members*; ARAB-AMERICAN CIVIL RIGHTS LEAGUE, *on behalf of itself and its members;* | Case no.: 23-cv-12599<br><br>Judge: Hon. Shalina D. Kumar |
| *Plaintiffs* | |
| *vs.* | |
| *United States Secretary of State*, ANTHONY BLINKEN*, in his official capacity only; United States Secretary of Defense* LLOYD AUSTIN, *in his official capacity only;* | |
| *Defendants*. | |

_____

### STIPULATED ORDER
### TO EXTEND THE BRIEFING SCHEDULE ON
### DEFENDANTS' MOTION TO DISMISS BY THREE DAYS

This matter having come before the Court upon the parties' stipulation, and, for good cause shown:

IT IS HEREBY ORDERED that, in light of the changing-circumstances in the Middle East and the possibility that this case could be mooted by the evacuation of the plaintiffs to safety, Plaintiffs' time to respond to Defendants' pending motion to dismiss, and Defendants' time to reply, are each extended by three days, such that

Plaintiffs shall file their response by November 9, 2023, and Defendants shall file their reply by November 16, 2023;

IT IS SO ORDERED.

Dated: November 3, 2023                    s/Shalina D. Kumar
                                           Shalina D. Kumar
                                           United States District Judge

SO STIPULATED:

| For Plaintiffs: | For Defendants: |
|---|---|
| SCHENK & BRUETSCH, PLC | BRIAN M. BOYNTON |
|  | Principal Deputy Assistant Attorney |
| James P. Allen, Sr. (P52885) | General |
| 211 W. Fort Street, Ste. 1410 | Civil Division |
| Detroit, MI 48226 |  |
| (313) 774-1000 | DIANE KELLEHER |
| James.allen@SBDetroit.com | Assistant Branch Director |
|  | Federal Programs Branch |
| MEROUEH & HALLMAN, LLP |  |
|  | JEAN LIN |
| Zachary A. Hallman (P78327) | Special Litigation Counsel |
| 14339 Ford Road, 2nd Floor |  |
| Dearborn, MI 48126 | /s/ Jonathan D. Kossak |
| (313) 582-7469 | JONATHAN D. KOSSAK |
| zhallman@mhatlaw.com | Trial Attorney (DC Bar No. 991478) |
|  | U.S. Dep't of Justice, |
| AYAD LAW, PLLC | Federal Programs Branch |
|  | 1100 L Street, N.W., |
| s/William D. Savage (P82146) | Washington, DC 20005 |
| 645 Griswold St., Ste. 2202 | Tel: (202) 305-0612 |
| Detroit, MI 48226 | Email: jonathan.kossak@usdoj.gov |
| P: 313.983.4600 | F: 313.983.4665 |  |
| filing@ayadlawpllc.com |  |