UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ZACHARIA A. ALARAYSHI; LAILA K. ALARAYSHI; ARAB-AMERICAN ANTI-DISCRIMINATION COMMITTEE *on behalf of itself and its members*; ARAB-AMERICAN CIVIL RIGHTS LEAGUE, *on behalf of itself and its members;* | Case no.: 23-cv-12599 |
| | Judge: Hon. Shalina D. Kumar |
| *Plaintiffs* | |
| *vs.* | |
| *United States Secretary of State*, ANTHONY BLINKEN*, in his official capacity only; United States Secretary of Defense* LLOYD AUSTIN, *in his official capacity only;* | |
| *Defendants.* | |

_____

### NOTICE OF VOLUNTARY DISMISSAL

NOW COMES, Plaintiffs, by and through their attorneys, and hereby gives notice of their voluntary dismissal of this case.

Pursuant to the latest information available to Plaintiffs' counsel, and it appearing that both individually named Plaintiffs have now been able to leave Palestine and enter Egypt, with the relief requested in Plaintiffs' complaint apparently mooted, Plaintiffs hereby give notice that their case is voluntarily DISMISSED WITHOUT PREJUDICE.

Plaintiffs are concurrently filing a proposed order with the Court, closing out the case.

                        Respectfully submitted;

                        SCHENK & BRUETSCH, PLC

                        James P. Allen, Sr. (P52885)
                        211 W. Fort Street, Ste. 1410
                        Detroit, MI 48226
                        (313) 774-1000
                        James.allen@SBDetroit.com

                        MEROUEH & HALLMAN, LLP

                        Zachary A. Hallman (P78327)
                        14339 Ford Road, 2nd Floor
                        Dearborn, MI 48126
                        (313) 582-7469
                        zhallman@mhatlaw.com

                        AYAD LAW, PLLC

                        *s/William D. Savage* (P82146)
                        645 Griswold St., Ste. 2202
                        Detroit, MI 48226
                        P: 313.983.4600 | F: 313.983.4665
Dated: November 7, 2023     filing@ayadlawpllc.com

## CERTIFICATE OF SERVICE

I hereby certify, that on this date, I filed with the Clerk of Courts the foregoing paper and any attachments via the electronic filing system, which will serve notice of the same on all parties of record.

                                                Respectfully submitted;

                                                *s/William D. Savage* (P82146)
                                                645 Griswold St., Ste. 2202
                                                Detroit, MI 48226
                                                P: 313.983.4600 | F: 313.983.4665
Dated: November 7, 2023                   filing@ayadlawpllc.com