UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ZACHARIA A. ALARAYSHI; LAILA K. ALARAYSHI; ARAB-AMERICAN ANTI-DISCRIMINATION COMMITTEE *on behalf of itself and its members*; ARAB-AMERICAN CIVIL RIGHTS LEAGUE, *on behalf of itself and its members;* | Case no.: 23-cv-12599 <br><br> Judge: Hon. Shalina D. Kumar |
| *Plaintiffs* | |
| *vs.* | |
| *United States Secretary of State*, ANTHONY BLINKEN*, in his official capacity only; United States Secretary of Defense* LLOYD AUSTIN, *in his official capacity only;* | |
| *Defendants*. | |

_____

### ORDER DISMISSING CASE AND DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT

This matter having come before the Court upon the Plaintiffs' Notice of Voluntary Dismissal of all of their claims, and, the Court being fully informed in the premises:

IT IS HEREBY ORDERED that this case is DISMISSED WITHOUT PREJUDICE with no costs or fees being awarded to either side;

IT IS FURTHER ORDERED that Defendants' pending motion to dismiss is denied as MOOT;

IT IS SO ORDERED.

Dated: November 7, 2023                    s/Shalina D. Kumar
                                           Shalina D. Kumar
                                           United States District Judge